Certificate Number: 05781-CAE-DE-041200463

Bankruptcy Case Number: 26-12920



05781-CAE-DE-041200463

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 2:20 o'clock PM PDT, James Sons Iii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:   July 13, 2026                          By:      /s/Allison M Geving

                                                        Name:   Allison M Geving

                                                        Title:   President